**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OPERATING ENGINEERS' LOCAL 324 PENSION
FUND, OPERATING ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

        Plaintiffs,

vs.                                                                 Case No.  08-cv-13158
                                                                        Hon.:   Patrick J. Duggan
WEST MICHIGAN EARTH MANAGEMENT, LLC
A Michigan Limited Liability Company,
SOUTHWESTERN MICHIGAN DUST CONTROL,
INC.,  a Michigan Corporation, CAROL PAGE,
and LEW BARRON PAGE,  Individually.

        Defendants.

_____/

**DAVID J. SELWOCKI P51375**              **GARY A. STEWART JR. P49442**
Sullivan, Ward, Asher & Patton, P.C.       Attorney for Defendants
Attorneys for Plaintiffs                          203 South Niles Street
25800 Northwestern Highway, Suite 1000   Paw Paw, Michigan  49079
Southfield, Michigan  48075-8412           269.657.5591
248.746.0700

_____/

**STIPULATION AND ORDER OF DISMISSAL**

      This matter having come before the Court upon stipulation of the parties through their

respective attorneys' signatures below, to dismiss this action, and the Court being otherwise

fully advised in the premises;

      **IT IS HEREBY ORDERED** that Case No. 08-cv-13158 is hereby dismissed without

prejudice and without costs subject to and based on the conditions of a Settlement Agreement

entered into between the parties, which are hereby adopted by reference as if fully set forth

herein.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on
August 3, 2009 ,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager


APPROVED AS TO FORM AND CONTENT:



s/*David J. Selwocki*
Attorney for Plaintiffs
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan  48075
248.746.0700
brogers@swappc.com
P51375


s/*Gary A. Stewart* (with consent)
Attorney for Defendants
203 South Niles Street
Paw Paw, Michigan  49029
269.657.5591
gstewart@btc-bci.com
P49442


W0782575